UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN et al., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUDICIAL WATCH, INC. et al, )<br>)<br>Defendants. ) | Civil Action No. 06-CV-00670 (CKK) |
| ELHAM SATAKI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROADCASTING BOARD OF )<br>GOVERNORS, *et al.* )<br>)<br>Defendants. ) | Civil Action No. 10-0534 (CKK) |

**PRAECIPE**

This is to advise the court that the disciplinary complaint against Judge Colleen Kolar Kotelly is being resubmitted to conform with the procedural rules, i.e., Rule 5 of the Rules of Judicial Conduct and Judicial Disability Proceedings.

                                              Respectfully submitted,

                    By:    <u>Larry Klayman ///</u>
                            Larry Klayman, Esq.
                            (DC Bar No. 334581)
                            KLAYMAN LAW FIRM
                            2000 Pennsylvania Avenue,
                            N.W., Suite 345
                            Washington, D.C. 20006
                            Tel: 310-595-0800
                            Email – leklayman@yahoo.com
                            Attorney for Plaintiff